J. Erik Heath, Esq. (SBN 304683)
100 Bush Street, Suite 1800
San Francisco, CA 94104
Telephone Number: (415) 391-2391
Facsimile Number: (415) 449-6556
Email Address: erik@heathlegal.com

Attorney for Plaintiff
**LESLEY KAPLAN**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLEY KAPLAN,<br>      Plaintiff,<br><br>v.<br><br>THE MORTGAGE LAW FIRM, PLC.,<br>      Defendant. | Civil Action No. 3:17-cv-1292<br><br>**NOTICE OF DISMISSAL** |

COMES NOW Lesley Kaplan, Plaintiff, and hereby voluntarily dismisses the above-styled action, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), without prejudice.

Dated: May 30, 2017                    J. ERIK HEATH, ATTORNEY AT LAW

                                          */s/ Jon Erik Heath*

                                       J. ERIK HEATH
                                       Attorney for Plaintiff **LESLEY KAPLAN**